

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2018

No. 04-18-00332-CV

**GUARANTEED INSPECTION SERVICES, INC.,**
Appellant

v.

Patricia B. **GATEWOOD** and Albert C. Alvarado,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-17176
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Appellees' brief was due on July 31, 2018. *See* TEX. R. APP. P. 38.6(b). After the due date, Appellees filed an unopposed motion for a twenty-one day extension of time to file Appellees' brief.

Appellees' motion is GRANTED. Appellees' brief is due on August 21, 2018.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2018.

KEITH E. HOTTLE,
Clerk of Court